**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-2435

LINDA JONES, an Individual,

                  Plaintiff - Appellant,

            v.

CALVERT GROUP, LIMITED,

                  Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Deborah K. Chasanow, Chief District
Judge.  (8:06-cv-02892-DKC)

Submitted:  June 14, 2011          Decided:  July 26, 2011

Before TRAXLER, Chief Judge, SHEDD, Circuit Judge, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Theodore S. Allison, KARR & ALLISON, P.C., Washington, D.C., for
Appellant.  Henry A. Platt, SAUL EWING LLP, Washington, D.C.,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Linda Jones appeals a district court order granting summary judgment against her in her employment discrimination case against Calvert Group, Ltd. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jones v. Calvert Group, Ltd., No. CA-06-2892-DKC (D. Md. Dec. 3, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED